# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**RICHARD FRANCIS,**

    **Plaintiff,**

**v.**                                                                       **Case No. 1:22-cv-109-AW-GRJ**

**MAYO CORR. INST., et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's Report and Recommendation. ECF No. 5. There have been no objections. Having considered the matter, I now adopt the Report and Recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee (or move to proceed *in forma pauperis*), failure to prosecute, and failure to comply with court orders." The clerk will then close the file.

SO ORDERED on September 6, 2022.

                                                      s/ *Allen Winsor*
                                                      United States District Judge